IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD CORDELL
THORTON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D16-2159

v.

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

Nancy A. Daniels, Public Defender, and Kevin Steiger, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.